UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

BRANDON MILLER and
CHRISTINE MILLER

        Plaintiffs,

v

        Case No. 1:06 CV 0033
        Honorable Ellen S. Carmody

AMERICOR LENDING GROUP, INC.

        Defendant.

_____

**VERDICT FORM**

_____

1.      Did Defendant violate the Equal Credit Opportunity Act?

        Yes __X__      No _____

*If you checked "Yes" in response to Question 1, go to Question 2. If you checked "No" in response to Question 1, go to Question 6.*

2.      Did the violation of the Equal Credit Opportunity Act result in any actual damages to the Plaintiffs?

        Yes __X__      No _____

*If you checked "Yes" in response to Question 2, go to Question 3. If you checked "No" to Question 2, go to Question 4.*

3.  What are Plaintiffs' actual damages?

    $ _____ −0 ' _____

*Proceed to Question 4.*

4.  Are Plaintiffs entitled to any punitive damages?

    Yes __X__      No _____

*If you checked "Yes" in response to Question 4, go to Question 5. If you checked "No" to Question 4, go to Question 6.*

5.  What amount of punitive damages do you award?

    $ _____ 10,000 _____

*Proceed to Question 6.*

6.  Did a contract exist between Defendant and the Plaintiffs?

    Yes __X__      No _____

*If you checked "Yes" in response to Question 6, go to Question 7. If you checked "No" in response to Question 6, go to Question 9.*

7.  Was the contract breached by Defendant?

    Yes __X__      No _____

*If you checked "Yes" in response to Question 7, go to Question 8. If you checked "No" in response to Question 7, go to Question 9.*

8.  Did Plaintiffs suffer any damages as a result of the breach of that contract?

    Yes __X__      No _____

*Proceed to Question 9.*

9.  Did Defendant make fraudulent representation(s) to the Plaintiffs?

    Yes __X__      No _____

*If you checked "Yes" in response to Question 9, go to Question 10. If you checked "No" to Question 9, please go to Question 11.*

10. Did Plaintiffs suffer any damages as a result of the fraudulent representations?

    Yes __X__      No _____

*Proceed to Question 11.*

11. If you find that Plaintiffs are entitled to damages based on amounts they will or will not pay in the future, then you must determine the annual amount of those future damages and determine what, if any, changes in that annual amount should be made for future years. The number of changes is up to you. You may make as many changes as you find appropriate or none at all.

| Year | Amount of Damages |
|---|---|
| 2005 (1) | |
| 2006 (2) | |
| 2007 (3) | |

see next page

3

Calculation

35,700 @ 8.09% = 2888/yr
35,700 @ 5.875% = 2097/yr
$ 791
× 20 yrs   20
$ 15,820

142,950 @ 2% = 2859
142,950 @ 5.875 = 8398
5539
× 5 yrs   × 5
27,695

Total  43,515

| Year | Amount of Damages |
|---|---|
| 2008 (4) | |
| 2009 (5) | |
| 2010 (6) | |
| 2011 (7) | |
| 2012 (8) | |
| 2013 (9) | |
| 2014 (10) | |
| 2015 (11) | |
| 2016 (12) | |
| 2017 (13) | |
| 2018 (14) | |
| 2019 (15) | |
| 2020 (16) | |
| 2021 (17) | |
| 2022 (18) | |
| 2023 (19) | |
| 2024 (20) | |
| 2025 (21) | |
| 2026 (22) | |
| 2027 (23) | |
| 2028 (24) | |
| 2029 (25) | |
| 2030 (26) | |
| 2031 (27) | |
| 2032 (28) | |
| 2033 (29) | |
| 2034 (30) | |

12. Did Defendant violate the Mortgage Lenders, Brokers and Servicers Act?

Yes  X          No _____

*If you checked "Yes" in response to Question 12, go to Question 13.  If you checked "No" to Question 12, STOP HERE.*

13. Did Plaintiffs suffer any actual damages as a result of the violation?

Yes  X          No _____

*If you checked "Yes" in response to Question 13, go to Question 14.  If you checked "No" in response to Question 13, STOP HERE.*

14. What are Plaintiffs' actual damages?

$ ~~[illegible]~~ plaintiff's lawyer + legal fees

**END OF THIS FORM.**

Dated: 5/17/07         Debra S Reese
                       Signature of Jury Foreperson