5/16/07 WED. 2:20 PM

WE THE JURY, WISH TO INFORM YOU THAT THE REFRIGERATOR DOOR FALLS OFF WHEN OPENED.

THANK YOU!

P.S. PLEASE FIX FOR FUTURE JURY'S.

1:06cv33

We truly believe to fully consider~~ation~~ both sides and fairly address all 14 points/questions. We need to reconvene in the morning. We truly feel we can reach concensus in a reasonable time period. Is 8:30 an okay time to start?

the jury

5/16/07
4:54 pm
1:06cv33

Under ECOA if we don't award actual damages to plaintiff can we award punitive damages?

Jury

5/17/07
9:40 am
1:06CV33

Judge

Do we award damages under breach of contract. Only wondering since there is no area to give dollar amount until after fraud.

Jury

1:06 cv 33
5/17/07
10:00 am

Judge

We are finished.

if we can assign lawyer/legal fee [plaintiff] under Mortgage Lender, Brokers Services act violation w/thout assigning dollar amount

Jury

1:06 cv33
11:09 am
5/17/07